FORM 3

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| HINDALCO INDUSTRIES LIMITED,<br><br>         Plaintiff,<br><br>  v.<br><br>THE UNITED STATES,<br><br>         Defendant. | **Court No. 23-00260**<br>S U M M O N S |

TO: The Attorney General and the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

              /s/ Mario Toscano
              Clerk of the Court

---

1. **Name and Standing of Plaintiff:**

   Plaintiff is Hindalco Industries Limited ("Hindalco"), an Indian manufacturer and exporter of common alloy aluminum sheet that was a respondent in the countervailing duty administrative review leading to the determination being contested. Hindalco was an interested party under 19 U.S.C. § 1677(9)(A) who actively participated in the administrative review. Therefore, Hindalco has standing to challenge the determination pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).

2. **Brief Description of Contested Determination:**

   Hindalco is contesting the final results of the U.S. Department of Commerce, International Trade Administration, in its countervailing duty administrative review of <u>Common Alloy Aluminum Sheet from India</u> for the period August 14, 2020, through December 31, 2021. This determination is being contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c).

FORM 3

3. **Date of Determination:**

    October 31, 2023.

4. **Date of Publication in the <u>Federal Register</u> of Notice of Contested Determination:**

    November 6, 2023.

        Respectfully,

        */s/ Rajib Pal*
_____
Rajib Pal
Shawn M. Higgins
Justin R. Becker
Lindsey A. Ricchi
Kayla M. Scott

Sidley Austin LLP
1501 K Street, NW
Washington, D.C. 20005
(202) 736-8000

Dated: December 6, 2023

FORM 3

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

        Director, Civil Division
        Commercial Litigation Branch
        U.S. Department of Justice
        1100 L Street, N.W., Room 12124
        Washington, D.C. 20530

        The Honorable Gina Raimondo
        Secretary of Commerce
        U.S. Department of Commerce
        Constitution Avenue & 14th Street, N.W.
        Washington, DC 20230

By Hand:    Attorney-In-Charge
        International Trade Field Office
        Commercial Litigation Branch
        U.S. Department of Justice
        26 Federal Plaza – Room 346
        New York, New York 10278-0001

        The Honorable Mario Toscano
        Clerk of the Court

Date: _____, 2023    By: _____