## UNITED STATES COURT OF INTERNATIONAL TRADE

HINDALCO INDUSTRIES LIMITED,

               Plaintiff,

             v.

UNITED STATES,

               Defendant,

             and

ALUMINUM ASSOCIATION COMMON ALLOY ALUMINUM SHEET TRADE ENFORCEMENT WORKING GROUP and its individual members,

             Defendant-Intervenors.

**Court No. 23-00260**

## <u>ORDER OF REASSIGNMENT</u>

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable M. Miller Baker, is hereby reassigned to the Honorable Joseph A. Laroski, Jr.

Dated at New York, New York, this 27th day of March, 2024

                      /s/ Mark A. Barnett
                       Mark A. Barnett
                       Chief Judge